IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROLAND R. JAMERSON**                                                                                     **PLAINTIFF**
**ADC #510459**

V.                               No: 4:20-CV-01092-JM

**MELANIE FOSTER-JONES**                                                                           **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Dr. Foster-Jones' motion for summary judgment (Doc. No. 13) is granted. Jamerson's claims against Dr. Foster-Jones are dismissed without prejudice for failure to exhaust available administrative remedies.

DATED this 9th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE