IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROLAND R. JAMERSON**                                                                **PLAINTIFF**
**ADC #510459**

V.                              No: 4:20-CV-01092-JM

**MELANIE FOSTER-JONES**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 9th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE